IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL GEORGE BOYLE,** | ) | Civil Action No. 7:16cv00085 |
| Plaintiff, | ) | |
| | ) | **DISMISSAL ORDER** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **UNNAMED,** | ) | United States District Judge |
| Defendant. | ) | |

By order entered February 29, 2016, the court conditionally filed this action and directed Boyle to provide certain financial documentation before the court would proceed with his civil rights complaint filed pursuant to 42 U.S.C. § 1983. The court advised Boyle that failure to comply with the court's order within ten days would result in dismissal of his complaint without prejudice. Boyle did not respond to the court's order.

Inasmuch as the time to respond has passed and Boyle has failed to comply with the court's order, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of this court. Boyle is advised that he may refile his claims in a separate action.

The Clerk is directed to send a copy of this order to plaintiff.

ENTER: This 17th day of March, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE